IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GLENN WIMBERLEY | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-1112-Y |
| | § | |
| STATE FARM LLOYDS | § | |

## FINAL JUDGMENT

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the parties' joint stipulation of dismissal (doc. 22), this case is **DISMISSED with prejudice**. Each party shall bear its own respective costs and attorney's fees.

SIGNED November 20, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT – PAGE SOLO